UNITED STATES of America, Plaintiff—Appellee,

v.

Nelson Jovan HERNANDEZ–ANEDA, Defendant—Appellant.

No. 04–10406.

D.C. No. CR–03–00163–ECR.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2005.*

Decided Jan. 14, 2005.

Sue P. Fahami, USRE—Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Michael K. Powell, Esq., FPDNV—Federal Public Defender's Office, Reno, NV, for Defendant–Appellant.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before BEEZER, HALL and SILVERMAN, Circuit Judges.

### MEMORANDUM [**]

Nelson Jovan Hernandez–Aneda appeals the sentence imposed following his guilty plea to unlawful reentry of a deported or removed alien in violation of 8 U.S.C. § 1326(a).

Pursuant to *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), *Blakely v. Washington*, —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), *Ring v. Arizona*, 536 U.S. 584, 609, 122 S.Ct. 2428, 153 L.Ed.2d 556 (2002), and *United States v. Ameline*, 376 F.3d 967 (9th Cir.2004), Hernandez–Aneda contends that the district court erred in enhancing his sentence based upon facts—the timing and type of his prior conviction—that were not alleged in the indictment, proven beyond a reasonable doubt to a jury, or admitted by the defendant. The sole basis for the sentencing enhancement was Hernandez–Aneda's prior aggravated felony conviction, and his contention is, therefore, foreclosed by our holdings in *United States v. Pacheco–Zepeda*, 234 F.3d 411, 414 (9th Cir.2000), and *United States v. Quintana–Quintana*, 383 F.3d 1052, 1052–53 (9th Cir.2004).

AFFIRMED.

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).